## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KEVIN S. PERRY,                                No. 4:24-CV-00017

       Plaintiff,                        (Chief Judge Brann)

   v.

GREGORY C. BRIGGS, *et al.*,

       Defendants.

## <u>ORDER</u>

**AND NOW**, this 6th day of November 2025, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1.  Defendants' unopposed motion (Doc. 49) for summary judgment pursuant to Federal Rule of Civil Procedure 56 is **GRANTED**.

2.  The Clerk of Court is directed to enter judgment in favor of defendants Gregory C. Briggs, Lionell Pierre, and Bruce Levalley and against plaintiff Kevin S. Perry as to all remaining Section 1983 claims.

3.  The Clerk of Court is further directed to **CLOSE** this case.

BY THE COURT:

<u>*s/ Matthew W. Brann*</u>
Matthew W. Brann
Chief United States District Judge